

**IT IS ORDERED as set forth below:**

**Date: April 26, 2019**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 19-40454-BEM |
| Pierre Yoboue Taki, | ) | |
| Debtor. | ) | CHAPTER 13 |

### ORDER GRANTING DEBTOR'S MOTION TO APPROVE FACTORING CONTRACT

On March 25, 2019, Debtor filed a Motion to Approve Factoring Contract (Doc. No. 18 ) (the "Motion"). Debtor and his wife are the sole members of Taki Trucking, LLC ("Taki Trucking"), a limited liability company which currently has three drivers and one dispatcher that work as independent contractors for the shipping company.Taki Trucking delivers goods pursuant to contracts with third parties. Taki Trucking then invoices the third parties and sends a copy of the invoice to Eagle Business Credit aka Cashway (the "Factoring Company").

The Factoring Company then immediately advances up to 100% of the face value of the invoice to Taki Trucking so that Taki Trucking can meet its immediate costs, including but not limited to payment of its contractors, fuel and maintenance of the truck fleet. The Factoring Company then collects from the third parties on the invoice, when due, and sends balance, if any, of the invoice to Taki Trucking, less a collection fee of approximately 3% which is charged to the third parties. Upon notice, the Motion was set for hearing April 17, 2019. No party appeared in opposition to the Motion; therefore, it is hereby

**ORDERED** that Debtor's Motion is GRANTED: Debtor is authorized to continue business contract with the Factoring Company .

**[END OF DOCUMENT]**

Prepared By:

 /s/
Alaina Joseph
GA Bar No. 940583
King & King Law LLC
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkingllc.com
Attorney for Debtor

No Opposition:

  /s/                                 *with express permission*
Sonya B. Gordon
GA Bar No. 140987
Mary Ida Townson, Chapter 13 Trustee
191 Peachtree Street, NE, Suite 2200
Atlanta, GA 30303
Staff Attorney

## DISTRIBUTION LIST

King & King Law LLC
215 Pryor Street
Atlanta, GA 30303

Pierre Yoboue Taki
459 Riverwalk Manor Drive,
Dallas, GA 30132

Mary Ida Townson, Chapter 13 Trustee
191 Peachtree Street, NE, Suite 2200
Atlanta, GA 30303