**IT IS ORDERED as set forth below:**

**Date: April 26, 2019**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19-40454-BEM |
| Pierre Yoboue Taki, ) | |
| Debtor. ) | CHAPTER 13 |

**ORDER GRANTING DEBTOR'S MOTION TO APPROVE FACTORING CONTRACT**

On March 25, 2019, Debtor filed a Motion to Approve Factoring Contract (Doc. No. 18 ) (the "Motion"). Debtor and his wife are the sole members of Taki Trucking, LLC ("Taki Trucking"), a limited liability company which currently has three drivers and one dispatcher that work as independent contractors for the shipping company. Taki Trucking delivers goods pursuant to contracts with third parties. Taki Trucking then invoices the third parties and sends a copy of the invoice to Eagle Business Credit aka Cashway (the "Factoring Company").

The Factoring Company then immediately advances up to 100% of the face value of the invoice to Taki Trucking so that Taki Trucking can meet its immediate costs, including but not limited to payment of its contractors, fuel and maintenance of the truck fleet.  The Factoring Company then collects from the third parties on the invoice, when due, and sends balance, if any, of the invoice to Taki Trucking, less a collection fee of approximately 3% which is charged to the third parties.  Upon notice, the Motion was set for hearing April 17, 2019.  No party appeared in opposition to the Motion; therefore, it is hereby

**ORDERED** that Debtor's Motion is GRANTED:   Debtor is authorized  to continue business contract with the Factoring Company .

**[END OF DOCUMENT]**

Prepared By:


 /s/
Alaina Joseph
GA Bar No. 940583
King & King Law LLC
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkingllc.com
Attorney for Debtor

No Opposition:


   /s/                 *with express permission*
Sonya B. Gordon
GA Bar No. 140987
Mary Ida Townson, Chapter 13 Trustee
191 Peachtree Street, NE, Suite 2200
Atlanta, GA 30303
Staff Attorney

## **DISTRIBUTION LIST**

King & King Law LLC
215 Pryor Street
Atlanta, GA 30303

Pierre Yoboue Taki
459 Riverwalk Manor Drive,
Dallas, GA 30132

Mary Ida Townson, Chapter 13 Trustee
191 Peachtree Street, NE, Suite 2200
Atlanta, GA 30303

```
                           United States Bankruptcy Court
                              Northern District of Georgia
In re:                                                            Case No. 19-40454-bem
Pierre Yoboue Taki                                                Chapter 13
          Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 113E-6          User: bennettm               Page 1 of 1             Date Rcvd: Apr 26, 2019
                              Form ID: pdf424              Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2019.
db             +Pierre Yoboue Taki,    459 Riverwalk Manor Drive,    Dallas, GA 30132-1486

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
                +E-mail/Text: ebnatlanta@gmail.com Apr 26 2019 21:47:31      King & King Law LLC,
                 215 Pryor Street,    Atlanta, GA 30303-3748
                +E-mail/Text: ebn@atlch13tt.com Apr 26 2019 21:48:10      Mary Ida Townson,   Chapter 13 Trustee,
                 191 Peachtree Street, NE,    Suite 2200,   Atlanta, GA 30303-1770
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
*              +Pierre Yoboue Taki,    459 Riverwalk Manor Drive,,    Dallas, GA 30132-1486
                                                                                                TOTALS: 0, * 1, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2019                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email)
system on April 26, 2019 at the address(es) listed below:
              Benjamin Paul Ost    on behalf of Creditor    Seven Hills Homeowners Association, Inc.
               bpo@dorough.com
              Karen   King    on behalf of Debtor Pierre Yoboue Taki
               myecfkingnking@gmail.com;EcfmailR62760@notify.bestcase.com
              Lisa F. Caplan    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC lcaplan@rubinlublin.com,
               ruluecf@gmail.com;akhosla@rubinlublin.com;nbrown@rubinlublin.com;mhashim@rubinlublin.com;jdabbs2@
               rubinlublin.com;RULUECF@GMAIL.COM;BKRL@ecf.courtdrive.com
              Mary Ida Townson    courtdailysummary@atlch13tt.com
              Sonya M. Buckley    on behalf of Trustee Mary Ida Townson courtdailysummary@atlch13tt.com
                                                                                             TOTAL: 5
```